# Exhibit A

**Zoom's Request for Production No. 15 to Cyph**

15. Documents sufficient to show any financial interest in this litigation on the part of any Inventor.

**Answer**: Plaintiff objects to this request as irrelevant, unduly burdensome, and overbroad because the issue of inventorship is not essential to solve this dispute.

Subject to and without waiving these objections, Plaintiff submits no such documents exist.

**Supplemental Answer**: Plaintiff responds that Counsel for Plaintiff and Plaintiff have conducted a reasonable and diligent search for the requested documents and information and has provided documents, answers and other information that are believed to be relevant to this matter. Specifically, Plaintiff references Bates Number P001725 found in Plaintiff Production Volume 3. Plaintiff objects to Production Request 15 to the extent it seeks information protected from disclosure by the attorney-client privilege, work product immunity, and/or other applicable privilege or immunity. *Burlington N. & Santa Fe Ry. Co. v. U.S. Dist. Ct. for Dist. of Mont.,* 408 F.3d 1142, 1149 (9th Cir. 2005). Accordingly, the aforementioned production has been redacted to preserve the applicable privilege. No other documents, answers and other information was uncovered or believed to exist within Plaintiff's possession based on the aforementioned reasonable and diligent search for the requested documents.

**Second Further Supplement Answer:** The redacted information is confidential information and has been redacted to preserve the applicable privilege**.** In accordance with Judge Ryu's statement to Cyph at the October 13, 2022 Hearing and pursuant to a good-faith effort to resolve this matter without the Court's involvement, Cyph hereby submits that Cyph does not have any further documents regarding any financial interest in this litigation on the part of any Inventor.

**Zoom Requests for Production Nos. 47 and 48 to Cyph**

47. Documents sufficient to show the current and historical number of active users of any Cyph product.

**Answer**: Subject to and without waiving any objections, Plaintiff submits that Cyph uncovered the following metrics:

   a. Registered user count: 8,251
   b. Total session count: 149,266
   c. Native app downloads: 18,129

Counsel for Plaintiff and Plaintiff have conducted a reasonable and diligent search for the requested documents and information and has provided documents, answers and other information that are believed to be relevant to this matter. No other documents, answers and other information was uncovered.

48. Documents sufficient to show the number of users that have downloaded any Cyph product.

**Answer**: Subject to and without waiving any objections, Plaintiff refers Defendant to the Answer for RFP 47.

Counsel for Plaintiff and Plaintiff have conducted a reasonable and diligent search for the requested documents and information and has provided documents, answers and other information that are believed to be relevant to this matter. No other documents, answers and other information was uncovered.

**Supplement Answer:** In accordance with Judge Ryu's statement to Cyph at the October 13, 2022 Hearing and pursuant to a good-faith effort to resolve this matter without the Court's involvement, Cyph hereby submits that Cyph does not have any further documents regarding documents sufficient to show the number of users that have downloaded any Cyph product.