| | |
|---|---|
| DAVID E. MOORE (admitted pro hac vice)<br>David.moore@brundidge-stanger.com<br>BRUNDIDGE & STANGER, P.C.<br>1925 Ballenger Ave, Suite 560<br>Alexandria, VA 22314<br>Telephone: 703-684-1470<br>Facsimile: 703-684-1460<br><br>LEENA A. MAUSKAR (SBN 267828)<br>Leena.Mauskar@brundidge-stanger.com<br>BRUNDIDGE & STANGER, P.C.<br>626 Wilshire Blvd., Suite 410<br>Los Angeles, CA 90017<br>Telephone: 213-816-2010<br>Facsimile: 213-816-2011<br><br>Attorneys for Plaintiff<br>CYPH, INC. | TIMOTHY C. SAULSBURY (SBN 281434)<br>tsaulsbury@mofo.com<br>ERIC P. BERGER (SBN 345436)<br>eberger@mofo.com<br>ANDREW L. PERITO (SBN 269995)<br>aperito@mofo.com<br>JOYCE C. LI (SBN 323820)<br>joyceli@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415-268-7000<br>Facsimile: 415-268-7522<br><br>KIRA A. DAVIS (SBN 332874)<br>kdavis@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454<br><br>ANDREW T. JONES (SBN 313619)<br>andrewjones@mofo.com<br>MORRISON & FOERSTER LLP<br>2100 L St. NW, Suite 900<br>Washington, DC 20037<br>Telephone: 202-887-1500<br>Facsimile: 202-887-0763<br><br>Attorneys for Defendant<br>ZOOM VIDEO COMMUNICATIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYPH, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>    Defendant. | Case Number: 4:22-cv-00561-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Ctrm:    5 – 2nd Floor<br>Judge:   Honorable Jeffrey S. White |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 4:22-CV-00561-JSW

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Cyph, Inc. ("Cyph") and Defendant Zoom Video Communication, Inc. ("Zoom") (collectively, the "Parties") respectfully submit the following Stipulation and [Proposed] Order Regarding Case Schedule.

The Parties request that the case schedule be amended to conform to the proposed schedule below, as agreed by the Parties, due to the recent death of Plaintiff's lead counsel, Carl I. Brundidge, Esquire. This stipulated request is supported by the Declaration of David Moore in Support of Stipulation and [Proposed] Order Regarding Case Schedule ("Moore Decl."). In support of the stipulated request, the Parties state as follows:

1. The Court vacated the case management conference ("CMC") for this action and entered the Parties' proposed schedule at page 8 of their joint CMC statement (Dkt. 74) on October 10, 2022. *See* Dkt. 75.

2. On February 17, 2023 the parties filed a joint stipulation regarding the case schedule. Dkt. 96. On February 21, 2023, for the reasons set forth in the parties' stipulation, the Court found good cause to adjust the case schedule as requested in the parties' stipulation. Dkt. 98.

3. This request is made for good cause and not for purposes of delay. Plaintiff's lead counsel, Carl I. Brundidge, Esquire died on February 10, 2023. Moore Decl. ¶ 4. Plaintiff requests a modification to the case schedule as reflected below so that it can hire new lead counsel and local counsel, and to give time for its new legal team to get up to speed with the case. Moore Decl. ¶ 4. Zoom does not oppose this modification to the case. Moore Decl. ¶ 4.

4. There have been three prior requests for extension in this case—a stipulated request for a 24-day extension of time for Zoom's response to the original complaint, from December 3, 2021 to December 27, 2021, the November 23, 2022 request for modification of the Patent L.R. deadlines to allow Cyph to supplement its Patent L.R. 3-1 and 3-2 disclosures and production, and the February 17, 2023 request for modification of the case schedule. *See* Dkts. 14, 16, 86, 96; Moore Decl. ¶ 5.

For the foregoing reasons, the Parties respectfully request that the Court enter the Parties' proposed modifications to the case schedule as set forth below.

| Description | Current Date | Proposed Date |
|---|---|---|
| Optional Identification of Additional Legal Authorities as per the Court's February 21, 2023 Notice of Tentative Ruling and Questions for Hearing (Dkt. No. 97) | March 15, 2023, by 4:00 pm | May 3, 2023, by 4:00 pm |
| Hearing on Zoom's Motion to Dismiss Cyph's Second Amended Complaint | March 17, 2023 | May 5, 2023 at 9:00 a.m. |
| Cyph to serve Supplemental Infringement Contentions & produce accompanying documents (P.R. 3-1, 3-2) | March 24, 2023 | May 12, 2023 |
| Zoom to serve Invalidity Contentions and claim chart(s) and produce accompanying items of prior art (P.R. 3-3, 3-4) | May 8, 2023 | June 26, 2023 |
| Parties to exchange list of claim terms to be construed and proposed constructions, specifically identifying up to ten (10) of the most critical terms to be construed (P.R. 4-1) | May 22, 2023 | July 10, 2023 |
| Parties to exchange preliminary claim constructions and extrinsic evidence (P.R. 4-2) | June 9, 2023 | July 28, 2023 |
| Cyph to serve damages contentions (P.R. 3-8) | June 27, 2023 | August 15, 2023 |
| Parties to file a Joint Claim Construction and Prehearing Statement (P.R. 4-3) | July 7, 2023 | August 25, 2023 |
| Zoom to serve responsive damages contentions (P.R. 3-9) | July 27, 2023 | September 14, 2023 |
| Parties to complete Claim Construction Discovery other than expert reports and depositions (P.R. 4-4) | August 4, 2023 | September 22, 2023 |
| Cyph to file Opening Claim Construction Brief and serve any expert report regarding claim construction (P.R. 4-5(a)) | August 21, 2023 | October 10, 2023 |
| Zoom to file Responsive Claim Construction Brief and serve any expert report regarding claim construction (P.R. 4-5(b)) | September 4, 2023 | October 24, 2023 |
| Cyph to file Reply Claim Construction Brief (P.R. 4-5(c)) | September 11, 2023 | October 31, 2023 |
| Claim Construction Tutorial (P.R. 4-6) | September 28, 2023 | November 9, 2023 10 a.m. |
| Claim Construction Hearing (P.R. 4-6) | October 5, 2023 | November 30, 2023 10 a.m. |
| Further Case Management Status Report | | Date to be set by Court upon issuance of claim construction ruling |

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: March 14, 2023                    /s/
                                          ──────────────────────────
                                          Counsel for Plaintiff
                                          CYPH, INC.

Dated: March 14, 2023                    /s/
                                          ──────────────────────────
                                          Counsel for Defendant
                                          ZOOM VIDEO COMMUNICATIONS, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), regarding signatures, I, David E. Moore attest that concurrence in the filing of this document has been obtained from each of the signatories and that all signatories have authorized placement of their electronic signatures on this document.

                                          /s/
                                          ──────────────────────────
                                          David E. Moore

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 15, 2023                    *Jeffrey S. White*
                                          ──────────────────────────
                                          HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

4
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 4:22-CV-00561-JSW