BRUNDIDGE & STANGER, P.C.
DAVID E. MOORE (admitted pro hac vice)
david.moore@brundidge-stanger.com
1925 Ballenger Avenue, Suite 560
Alexandria, VA 22314
Telephone: (703) 684-1470
Fax: (703) 684-1460

BRUNDIDGE & STANGER, P.C.
LEENA A. MAUSKAR (SBN 267828)
Leena.Mauskar@Brundidge-Stanger.com
626 Wilshire Blvd., Suite 410
Los Angeles, CA 90017
Telephone: 213-816-2010
Facsimile: 213-816-2011

Attorneys for Plaintiff
CYPH, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CYPH, Inc.,<br><br>           Plaintiff,<br><br>           v.<br><br>Zoom Video Communications, Inc.<br>           Defendant. | Case No. 4:22-cv-00561-JSW<br><br>*The Hon. Jeffery S. White*<br>Ctrm:   5 – 2nd Floor<br><br>**DECLARATION OF LEENA A. MAUSKAR IN SUPPORT OF EX PARTE MOTION FOR WITHDRAWAL AND [PROPOSED] ORDER REGARDING WITHDRAWAL** |

I, Leena A. Mauskar, declare as follows:

1. I am an attorney with the law firm Brundidge & Stanger, P.C., counsel for Plaintiff Cyph, Inc. ("Cyph") in this matter. I submit this Declaration in support of the Plaintiff's Attorney's Ex Parte Motion for Withdrawal and [Proposed] Order Regarding Withdrawal. I make this Declaration from personal knowledge, and if called to testify, I could and would testify

1

competently thereto.

2. This request is made for good cause and not for purposes of delay. I request withdrawal from the proceedings in this matter for the following reasons.

3. Plaintiff's lead counsel, Carl I. Brundidge, Esquire died on February 10, 2023.

4. The plaintiff is already granted the request of forty-five (45) day modification to the case schedule (ORDER granting [99] Stipulation to Modify Case Schedule on March 15th, 2023) so that it can hire new lead counsel and local counsel, and to give time for its new legal team to get up to speed with the case.

5. I have provided Plaintiff, Cyph, Inc., notice of my resignation from the firm, Brundidge & Stanger, P.C., and notice to find a new local counsel via email on March 15, 2023, along with the List of Certified Lawyer Referral Services by the State Bar of California, via email on March 21, 2023, and via email and Telephone on March 22, 2023.

6. Plaintiff, Cyph, Inc., were provided with names and information of possible local counsels to enable the Plaintiff to secure a new local counsel on March 21, 2023 (PDT) / March 22, 2023 (EDT), and on March 23, 2023, via email.

7. I was representing the Plaintiff under the supervision of Plaintiff's lead counsel, Carl I. Brundidge, who was responsible for litigating the merits of the case. I was working as a local counsel to follow the local rules of the court, and to be available as a local counsel for the Court's communications.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge. Executed on March 23, 2023, at San Jose, California.

Dated: March 23, 2023     By:     */s/ Leena A. Mauskar*

**BRUNDIDGE & STANGER, P.C.**
LEENA A. MAUSKAR

2

DECLARATION OF LEENA A. MAUSKAR IN SUPPORT OF EX PARTE MOTION FOR WITHDRAWAL AND [PROPOSED] ORDER REGARDING WITHDRAWAL
CASE NO. 4:22-CV-00561-JSW