UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYPH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 22-cv-00561-JSW<br><br>**ORDER CONDITIONALLY GRANTING MOTION FOR LEAVE TO WITHDRAW AND REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 105 |

The Court has received the motion to withdraw as Plaintiff's counsel filed by Leena Mauskar, and VACATES the hearing scheduled for May 19, 2023. When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel, leave to withdraw may be subject to the condition that papers continue to be served on counsel unless and until the client appears by other counsel. *See* Civ. L.R. 11-5(b). As a corporation, Cyph, Inc. cannot represent itself. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); N.D. Civ. L.R. 3-9(b). Therefore, the Court grants the motion on the condition that papers from this case will continue to be served on Ms. Mauskar and Brundige & Stanger, P.C. for a period of thirty-days from the date of this Order, or until new counsel files a notice of appearance, whichever is sooner. Brundige & Stanger, P.C. shall file a status report regarding engagement of new counsel for Cyph, Inc. by May 15, 2023.

**IT IS SO ORDERED**.

Dated: April 21, 2023

_____
JEFFREY S. WHITE
United States District Judge